4/16/22, 11:59 AM

My Payslips - Workday

https://www.myworkday.com/savista/d/task/2997$1475.html

Payslip_to_Print_Report_Design_04_16_2022.pdf    1 of 1

Image Not Available

Savista, LLC   200 North Point Center E Ste 200 Alpharetta, GA 30022
Laurie Miller   3389 Peachtree Corners Cir Apt P Norcross, GA 30092

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laurie Miller | Savista LLC | 207006 | 02/13/2022 | 02/26/2022 | 03/04/2022 | |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,442.28 | 269.05 | 195.21 | 27.36 | 950.66 |
| YTD | 7,211.45 | 1,345.25 | 976.09 | 136.80 | 4,753.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Holiday | | 0 | | | 432.69 |
| Paid Time Off | | 0 | | | 189.32 |
| Hourly Pay | 02/13/2022 - 02/26/2022 | 80 | 18.0285 | 1,442.28 | 6,589.44 |
| Earnings | | | | 1,442.28 | 7,211.45 |

### Pre-Tax Deductions

| Description | Amount | YTD | Description | | |
|---|---|---|---|---|---|
| 401KPF | 43.27 | 216.35 | EE Vol Life | | |
| Dental | 13.09 | 65.45 | Vol Accident | | |
| HSA | 19.23 | 96.15 | Vol LTD | | |
| Limited FSA | 77.00 | 385.00 | | | |
| Medical | 113.28 | 566.40 | | | |
| Vision Pre Tax | 3.18 | 15.90 | | | |
| Pre-Tax Deductions | 269.05 | 1,345.25 | Employee Post Tax Deductions | 27.36 | 136.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.42 | 377.12 |
| Medicare | 17.64 | 88.20 |
| Federal Withholding | 53.27 | 266.35 |
| State Tax - GA | 48.88 | 244.42 |
| Employee Taxes | 195.21 | 976.09 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 21.64 | 108.20 |
| Basic AD&D | 0.21 | 1.05 |
| Basic Life | 1.32 | 6.60 |
| Dental (ER) | 10.50 | 52.50 |
| HSA Employer | 19.23 | 96.15 |
| LTD | 3.63 | 18.15 |
| Medical (ER) | 319.52 | 1,597.60 |
| STD (ER) | 6.40 | 32.00 |
| Employer Paid Benefits | 382.45 | 1,912.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,216.50 | 6,082.55 |
| Medicare - Taxable Wages | 1,216.50 | 6,082.55 |
| Federal Withholding - Taxable Wages | 1,173.23 | 5,866.20 |
| State Tax Taxable Wages - GA | 1,173.23 | 5,866.20 |

| | Federal | State | Absence | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | A - Single | Description | Accrued | Reduced | Available |
| Allowances | 3 | 0 | Heart and Soul Time Off Plan | 0 | 0 | 40 |
| Additional Withholding | 0 | 0 | Other Paid Time Off Plan | 0 | 0 | 0 |

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laurie Miller | Savista LLC | 207006 | 02/27/2022 | 03/12/2022 | 03/18/2022 | |

Savista, LLC　200 North Point Center E Ste 200 Alpharetta, GA 30022
Laurie Miller　3389 Peachtree Corners Cir Act P Norcross, GA 30092

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,442.63 | 269.06 | 195.29 | 27.36 | 950.92 |
| YTD | 8,654.08 | 1,614.31 | 1,171.38 | 164.16 | 5,704.23 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Holiday | 02/27/2022 - 03/12/2022 | 28 | 18.03 | 504.84 | 694.16 |
| Paid Time Off | | | 0 | | 432.69 |
| Hourly Pay | 02/27/2022 - 03/12/2022 | 52.01666 | 18.0285 | 937.79 | 7,527.23 |
| Earnings | | | | 1,442.63 | 8,654.08 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401KPF | 43.28 | 259.63 |
| Dental | 13.09 | 78.54 |
| HSA | 19.23 | 115.38 |
| Limited FSA | 77.00 | 462.00 |
| Medical | 113.28 | 679.68 |
| Vision Pre Tax | 3.18 | 19.08 |
| Pre-Tax Deductions | 269.06 | 1,614.31 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE Vol Life | | 21.68 |
| Vol Accident | 21.68 | 130.08 |
| Vol LTD | 2.20 | 13.20 |
| | 3.48 | 20.88 |
| Employee Post Tax Deductions | 27.36 | 164.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.44 | 452.56 |
| Medicare | 17.64 | 105.84 |
| Federal Withholding | 53.31 | 319.66 |
| State Tax - GA | 48.90 | 293.32 |
| Employee Taxes | 195.29 | 1,171.38 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,216.85 | 7,299.40 |
| Medicare - Taxable Wages | 1,216.85 | 7,299.40 |
| Federal Withholding - Taxable Wages | 1,173.57 | 7,039.77 |
| State Tax Taxable Wages - GA | 1,173.57 | 7,039.77 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 21.64 | 129.84 |
| Basic AD&D | 0.21 | 1.26 |
| Basic Life | 1.32 | 7.92 |
| Dental (ER) | 10.50 | 63.00 |
| HSA Employer | 19.23 | 115.38 |
| LTD | 3.63 | 21.78 |
| Medical (ER) | 319.52 | 1,917.12 |
| STD (ER) | 6.40 | 38.40 |
| Employer Paid Benefits | 382.45 | 2,294.70 |

| | Federal | State | Absence | | |
|---|---|---|---|---|---|
| Marital Status | Single | A - Single | Description | Accrued | Reduced | Available |
| Allowances | 3 | 0 | Heart and Soul Time Off Plan | 0 | 0 | 40 |
| Additional Withholding | 0 | 0 | Other Paid Time Off Plan | 0 | 0 | 0 |

4/16/22, 11:56 AM — My Payslips - Workday

Savista, LLC  200 North Point Center E Ste 200 Alpharetta, GA 30022
Laurie Miller  3380 Peachtree Corners Cir Apt P Norcross, GA 30092

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laurie Miller | Savista LLC | 207006 | 03/13/2022 | 03/26/2022 | 04/01/2022 | |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,442.30 | 269.05 | 195.23 | 27.36 | 950.66 |
| YTD | 10,096.38 | 1,883.36 | 1,366.61 | 191.52 | 6,654.89 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Holiday | 03/13/2022 - 03/26/2022 | 8 | 18.03 | 144.24 | 838.40 |
| Paid Time Off | | | | | 432.69 |
| Hourly Pay | 03/13/2022 - 03/26/2022 | 72 | 18.0285 | 1,298.06 | 8,825.29 |
| Earnings | | | | 1,442.30 | 10,096.38 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401KPF | 43.27 | 302.90 |
| Dental | 13.09 | 91.63 |
| HSA | 19.23 | 134.61 |
| Limited FSA | 77.00 | 539.00 |
| Medical | 113.28 | 792.96 |
| Vision Pre Tax | 3.18 | 22.26 |
| Pre-Tax Deductions | 269.05 | 1,883.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.43 | 527.99 |
| Medicare | 17.64 | 123.48 |
| Federal Withholding | 53.27 | 372.93 |
| State Tax - GA | 48.89 | 342.21 |
| Employee Taxes | 195.23 | 1,366.61 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE Vol Life | 21.68 | 151.76 |
| Vol Accident | 2.20 | 15.40 |
| Vol LTD | 3.48 | 24.36 |
| Employee Post Tax Deductions | 27.36 | 191.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,216.52 | 8,515.92 |
| Medicare - Taxable Wages | 1,216.52 | 8,515.92 |
| Federal Withholding - Taxable Wages | 1,173.25 | 8,213.02 |
| State Tax Taxable Wages - GA | 1,173.25 | 8,213.02 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 21.64 | 151.48 |
| Basic AD&D | 0.21 | 1.47 |
| Basic Life | 1.32 | 9.24 |
| Dental (ER) | 10.50 | 73.50 |
| HSA Employer | 19.23 | 134.61 |
| LTD | 3.63 | 25.41 |
| Medical (ER) | 319.52 | 2,236.64 |
| STD (ER) | 6.40 | 44.80 |
| Employer Paid Benefits | 382.45 | 2,677.15 |

| | Federal | State | Absence | Description | Accrued | Reduced | Available |
|---|---|---|---|---|---|---|---|
| Marital Status | Single | A - Single | | Heart and Soul Time Off Plan | 0 | 0 | 40 |
| Allowances | 3 | 0 | | Other Paid Time Off Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | 0 | | | | | |

Savista, LLC  200 North Point Center E Ste 200 Alpharetta, GA 30022
Laurie Miller  3399 Peachtree Corners Cir Act P Norcross, GA 30092

| Name | Company | Colleague ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Laurie Miller | Savista, LLC | 207006 | 03/27/2022 | 04/09/2022 | 04/15/2022 | |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Employee Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,442.90 | 269.07 | 195.37 | 27.36 | 951.10 |
| YTD | 11,539.28 | 2,152.43 | 1,561.98 | 218.88 | 7,605.99 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Hourly Holiday | 03/27/2022 - 04/09/2022 | 4.5 | 18.03 | 81.14 | 432.69 |
| Paid Time Off | | | | | 919.54 |
| Hourly Pay | 03/27/2022 - 04/09/2022 | 75.53333 | 18.0285 | 1,361.76 | 10,187.05 |
| Earnings | | | | 1,442.90 | 11,539.28 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401KPF | 43.29 | 346.19 |
| Dental | 13.09 | 104.72 |
| HSA | 19.23 | 153.84 |
| Limited FSA | 77.00 | 616.00 |
| Medical | 113.28 | 906.24 |
| Vision Pre Tax | 3.18 | 25.44 |
| Pre-Tax Deductions | 269.07 | 2,152.43 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 75.46 | 603.45 |
| Medicare | 17.65 | 141.13 |
| Federal Withholding | 53.34 | 426.27 |
| State Tax - GA | 48.92 | 391.13 |
| Employee Taxes | 195.37 | 1,561.98 |

### Employee Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| EE Vol Life | 21.68 | 173.44 |
| Vol Accident | 2.20 | 17.60 |
| Vol LTD | 3.48 | 27.84 |
| Employee Post Tax Deductions | 27.36 | 218.88 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,217.12 | 9,733.04 |
| Medicare - Taxable Wages | 1,217.12 | 9,733.04 |
| Federal Withholding - Taxable Wages | 1,173.83 | 9,386.85 |
| State Tax Taxable Wages - GA | 1,173.83 | 9,386.85 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Match | 21.65 | 173.13 |
| Basic AD&D | 0.21 | 1.68 |
| Basic Life | 1.32 | 10.56 |
| Dental (ER) | 10.50 | 84.00 |
| HSA Employer | 19.23 | 153.84 |
| LTD | 3.63 | 29.04 |
| Medical (ER) | 319.52 | 2,556.16 |
| STD (ER) | 6.40 | 51.20 |
| Employer Paid Benefits | 382.46 | 3,059.61 |

### Absence

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Heart and Soul Time Off Plan | 0 | 0 | 40 |
| Other Paid Time Off Plan | 0 | 0 | 0 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | A - Single |
| Allowances | 3 | 0 |
| Additional Withholding | 0 | 0 |